UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN YOUNG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security, <br><br> Defendant. | Case No. CV 11-6731 JC <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that the decisions of the Commissioner of Social Security are AFFIRMED.

DATED: March 30, 2012

_____/s/_____

Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE